# AMENDED COMPLAINT

RECEIVED
APR 21 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM HAROLD WRIGHT, JR. )
       Plantiff, )
       ) No. 1:22-cv-111
V. )
       ) Richard A. LanZillo
WARDEN HUTCHISON, et al., ) United States Magistrate
       Defendants. ) Judge

## COMPLAINT

Biven V. The six Unknown FBI narcotic Agents

WILLIAM HAROLD WRIGHT, JR. #67722-018
Federal Correctional Institution MCKean
P.O. Box 800
Bradford, PA 16701
Pro-se/Litigant

<u>Violation</u>: Eighth Amendment, Cruel and unusual punishment.

<u>Participants</u>:

1. <u>Warden Hutchison</u> has allowed these unlawful act to take place because of the following: Refusing medical treatment, and medication, cleaning supplies, hot showers, adequate toilet tissue, soap, allowing mattress <u>restriction</u>. Warden Hutchison has a <u>responsibility</u> to make sure each and every inmate is safe and, treated fairly and that their Constitutional rights is not violated. Which apparently she has not done, by allowing these <u>unlawful acts</u> to take place.

2. UDC team officer <u>Case manager</u> <u>Counslor</u> D. Gabriel and J. Ezzolo, the record support these officer <u>deliberate</u>, violation of petitioner <u>Eighth Amendment right</u>, by <u>sanctioning</u> that petitioner be place on mattress restriction. Which violate petitioner Eighth Amendment right, Cruel and unusual punishment.

3. Mr. Wright was wrongfully place in SHU by Ms. Blankenship the record reflects <u>retaliation</u> against Mr. Wright, because of another coincident that happen at another facility, Lewisberg to be exacted. Upon arrival. And being denied the right to file a grievance concerning the matter. Which is a <u>First Amendment Violation</u>, as well.

(1)

A. LT. Blankenship has conspire with UDC to accomplish this unlawful act. LT. Blankenship was forewarned that they cannot use disciplinary action to remove the mattress from petitioner cell. At 7:Am LT. Blankenship order officer App to remove the mattress from petitioner cell. LT. Blankenship has also, specifically denied inmates Cleaning Supplies, Hot Shower, towels, Soap, adequate toilet tissue, or any tpye of broom to sweep the Cell. Petitioner is living in filth.

## SUPPORTING FACTS

On March 17, 2022, 6:30 Am UDC sanction Petitioner to Sixty days (60) mattress restriction, at 7:AM officer App approached petitioner cell and requested the mattress from the Cell. At 10:15 AM March 17, 2022 petitioner stopped LT. Blankenship in front of his cell, petitioner informed LT. Blankenship of his living conditions (1) That petitioner is being denied Cleaning material to clean his cell (2) That petitioner is being denied adequate toilet tissue to clean his buttock. Petitioner is given two 2x2 inches, pieces of tissue once aday. (3) Petitioner is being force to take freezing showers, and use unsanitary towel to dry off, because petitioner has just one 1/2 towel. LT. Blankenship and Warden refuse to correct these problems. Petitioner is being force to live in a inhumane living condition. Also Inmates is being denied adequate Soap to bath with. Plaintiff have wrote several cop-out requesting medical attention, with no response complainting about tooth ache and Shoulder pain. And been denied BP-8 from Case manager.    (2)

## Relief Sought

For these reasons, petitioner make to sue each officer and Warden in their own individual capacity. Petitioner ask for a hundred and twenty five thousand dollars from each individual. 500,000 total.

Respectfully Submitted,

/s/ _____
WILLIAM HAROLD WRIGHT, SR.

(3)