IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HAROLD WRIGHT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-111 |
| ) | |
| WARDEN HUTCHISON, et al, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on April 1, 2022. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, filed a motion for preliminary injunction seeking to have the Court direct that prison officials at FCI-McKean not be allowed to place him on mattress restriction. ECF No. 14.

On January 18, 2023, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the motion for preliminary injunction be denied as moot due to Plaintiff's relocation to another correctional institution. To date, no Objections to the Report and Recommendation have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

1

After *de novo* review of the filings in the case, together with the report and recommendation thereto, the following order is entered:

AND NOW, this 8th day of February 2023;

IT IS ORDERED that the motion for preliminary injunction [ECF No. 14] is denied as moot.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on January 18, 2023 [ECF No.40] is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge